[No. 5031–1.   Division One.   June 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BETTY JO ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76794, Janice Niemi, J., entered September 6, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5086–1.   Division One.   June 26, 1978.]

*In the Matter of the Welfare of*
RONALD JAY GRAHAM.

Appeal from a judgment of the Superior Court for King County, No. J–74337, James A. Noe, J., entered July 21, 1976. *Remanded* by unpublished per curiam opinion.


[No. 5106–1.   Division One.   June 26, 1978.]

MARVIN WALLACE MCCLURE, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36919, Walter J. Deierlein, Jr., J., entered August 16, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5508–1.   Division One.   June 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL GEORGE SCHROEDER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7397, Phillip G. Sheridan, J., entered March 2, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen and Dore, JJ.